UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUCHADA KLAIKRIANG, on behalf of
herself and all others similarly situated,

                Plaintiff,

-against-

STEPF, L.L.C., PAD THAI, L.L.C. d/b/a
RAIN, BAO BAR & LOUNGE, CORP., and
JOHN DOES #1-3.,

                Defendants.

ECF Case

No. 12-CV-673

BROOKLYN OFFICE

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Suchada Klaikriang and Defendants Stepf, L.L.C., Pad Thai, L.L.C. d/b/a Rain (collectively "Defendants") hereby stipulate, by and through their counsel, that the claims asserted by the Plaintiff in the Complaint against Defendants shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party.

NICHOLAS J. MUNDY, ESQ.

Nicholas J. Mundy, Esq.
26 Court Street, Suite 412
Brooklyn, New York 11242
(718) 858-1030
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

Glenn S. Grindlinger, Esq.
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
*Attorneys for Defendants Stepf, L.L.C., Pad Thai, L.L.C. d/b/a Rain*

SO ORDERED: The Stipulation, predicated upon a settlement that is fair and reasonable, is so
s/ILG

5/3/13

NY1 637462v2 03/28/13